IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

---

KEVIN BRYANT, Individually,
and on behalf of himself and other
similarly situated current and former
employees,

      **Plaintiffs,**

      v.

FLOWERS FOODS, INC., and
FLOWERS BAKING CO. OF
DENTON, LLC,

      **Defendants.**

NO._____

FLSA Opt-In Collective Action

JURY TRIAL DEMANDED

---

### CONSENT TO JOIN

---

1. I have been employed by Defendants as a Distributor within the past three (3) years.
2. I hereby consent to join this or any subsequent action against the Defendants as a Party-Plaintiff and Class Representative to assert claims for unpaid wages in violation of the FLSA 29 U.S.C. § 201, *et seq.*, as specified in the Complaint.
3. I understand that this lawsuit is brought under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. § 216(b), *et seq.*, claiming that I and other Distributors working for Defendants were misclassified as independent contractors and not paid proper wages. I hereby consent, agree, and opt-in to become a Party-Plaintiff and Class Representative in this action.
4. I agree to be represented by Jackson, Shields, Yeiser & Holt and Attorneys Gordon E. Jackson, J. Russ Bryant, Paula R. Jackson and Mike Weinman counsel for the Named Plaintiffs, as well as any other attorneys with whom they may associate.
5. If this case does not proceed collectively, I also consent to join any subsequent action to assert claims against these Defendants and any other related entities for unpaid overtime and minimum wages.

_/s/ Kevin Bryant_      _9-27-17_      _Kevin Aaron Bryant_
Signature                    Date              Full Legal Name