IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

KEVIN BRYANT, Individually,
and on behalf of himself and other
similarly situated current and former
employees,

**Plaintiffs,**

v.

NO. 4:17-cv-00725

FLOWERS FOODS, INC., and
FLOWERS BAKING CO. OF
DENTON, LLC,

FLSA Opt-In Collective Action

JURY TRIAL DEMANDED

**Defendants.**

## CONSENT TO JOIN

1. I have been employed by Defendants as a Distributor within the past three (3) years.
2. I hereby consent to join this or any subsequent action against the Defendants as a Party-Plaintiff and Class Representative to assert claims for unpaid wages in violation of the FLSA 29 U.S.C. § 201, *et seq.*, as specified in the Complaint.
3. I understand that this lawsuit is brought under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. § 216(b), *et seq.*, claiming that I and other Distributors working for Defendants were misclassified as independent contractors and not paid proper wages. I hereby consent, agree, and opt-in to become a Party-Plaintiff in this action. I designate the Named Representative Plaintiff and his attorneys (and other persons those individuals designate as necessary) as my representatives to make all decisions on my behalf, to the extent permitted by law, concerning the method and manner of conducting the case including settlement, the entering of an agreement with Plaintiffs' counsel regarding attorneys' fees and court costs, and all other matters pertaining to this lawsuit. I intend to pursue my claim individually, unless and until the Court certifies this case as a collective or class action.
4. I agree to be represented by Jackson, Shields, Yeiser & Holt and Attorneys Gordon E. Jackson, J. Russ Bryant, Paula R. Jackson and Mike Weinman and Emily Alcorn and J. Derek Braziel, counsel for the Named Plaintiff, as well as any other attorneys with whom they may associate.

_/s/ Cal Gaona_   10/16/17   Calixtro Gaona
Signature          Date       Full Legal Name