IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| KEVIN BRYANT, Individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>FLOWERS FOODS, INC., and FLOWERS BAKING CO. OF DENTON, LLC,<br><br>Defendants. | Civil Action. No. 4:17-cv-00725<br>JURY TRIAL DEMANDED<br><br>FLSA Opt-In Collective Action |

## CONSENT TO BECOME PARTY PLAINTIFF

By my signature below, I hereby consent to become a party plaintiff and authorize the prosecution of an action against Flowers Foods, Inc. and Flowers Baking Co. of Denton, LLC, to recover any unpaid wages in my name and on my behalf by the above representative Plaintiff and designate the class representative, Kevin Bryant, as my agent to make decisions on my behalf concerning the litigation, the method and manner of conducting this litigation, the entering of an agreement with counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit. I agree to keep counsel for Plaintiffs informed as to my correct mailing address and telephone number.

_/s/ Blake Baird_
SIGNATURE (Sign Your Name)

BLAKE BAIRD

## CERTIFICATE OF SERVICE

      I hereby certify that the foregoing document was filed electronically on this the 13th day of April, 2018. Notice of this filing of this Consent to Join will be sent by operation of the Court's electronic filing system to all parties/counsel indicated on the electronic filing receipt, including attorneys for Defendants John B. Brown and Margaret Santen Hanrahan. Parties may access this filing through the Court's electronic filing system.

                                        *s/Gordon E. Jackson*
                                        Gordon E. Jackson